In the Matter of RICHARD E. GORDON et al., Appellants, v TOWN OF ESOPUS et al., Respondents. (And Three Other Related Proceedings.)

Decided May 12, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

DANA JUHASZ, Appellant, v STEPHEN JUHASZ, Respondent.

Submitted March 30, 2009; decided May 12, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

R. BRUCE McLEAN, Appellant, v CITY OF KINGSTON et al., Respondents.

Decided May 12, 2009

Appeal, insofar as taken from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to renew, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.